SAO
**LYONS LAW FIRM**
Keith M. Lyons Jr., Esq.
Nevada State Bar #004682
efilings@lyonslawfirm.net
512 South 8th Street
Las Vegas, NV 89101
(702) 432-8655; FAX: (702) 432-8715

Attorney for Defendant,
FANTASTIC INDOOR SWAP MEET, INC.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BERNARD M. KREBS,<br><br>　　　　Plaintiff,<br><br>v.<br><br>FANTASTIC INDOOR SWAP MEET, INC.,<br>XYZ COMPANIES I through X; and ROES<br>I through X, inclusive,<br><br>　　　　Defendants. | Case No.:2:10-CV-01327<br><br>**STIPULATION AND ORDER**<br>**FOR DISMISSAL WITH PREJUDICE** |

　　　　COMES NOW, Plaintiff BERNARD M. KREBS, Plaintiff, by his attorneys DANIEL MARKS, ESQ., and CHRISTOPHER L. MARCHAND, ESQ., of the LAW OFFICES OF DANIEL MARKS, and Defendant, FANTASTIC INDOOR SWAM MEET, INC., by it's attorney, KEITH M. LYONS JR., ESQ. of LYONS LAW FIRM, and hereby stipulate to an Order of Dismissal with Prejudice by the Court of the above-captioned action, based upon

////
////
////
////
////
////
////

Lyons Law Firm
512 South 8th Street
Las Vegas, NV 89101
(702)432-8655; FAX: (702)432-8715

Page 1 of 2

Stipulation and Order to
Dismiss with Prejudice

stipulated settlement of this matter to the satisfaction of all of the parties, each party to bear it's own costs and attorney's fees incurred herein.

| LYONS LAW FIRM | LAW FIRM OF DANIEL MARKS |
|---|---|
| By: *[signature]* | By: *[signature]* |
| KEITH M. LYONS JR., ESQ. | DANIEL MARKS, ESQ. |
| Nevada State Bar No.004682 | Nevada State Bar No. 002003 |
| 512 South 8th Street | CHRISTOPHER L. MARCHAND, ESQ. |
| Las Vegas, Nevada 89101 | Nevada State Bar No. 11197 |
| Attorney for Defendant | 530 South Las Vegas Blvd, Suite 300 |
| | Las Vegas, NV 89101 |
| | Attorneys for Plaintiff |

## ORDER

Pursuant to the foregoing Stipulation and good cause appearing therefore,

IT IS HEREBY ORDERED that the above-entitled action be and the same is hereby dismissed with prejudice, with each party to bear its own attorneys fees and costs.

By: *[signature: George]*
UNITED STATES DISTRICT COURT JUDGE

Dated: 12 April 2011

Submitted by:
LYONS LAW FIRM and

By: *[signature]*
KEITH M. LYONS, ESQ.
512 South 8th Street
Las Vegas, NV 89101
Nevada State Bar No. 004682
Attorney for Defendant

Lyons Law Firm
512 South 8th Street
Las Vegas, NV 89101
(702)432-8655; FAX: (702)432-8715

Page 2 of 2

Stipulation and Order to
Dismiss with Prejudice